1  Geoffrey M.T. Sturr, Bar No. 014063
   Hayleigh S. Crawford, Bar No. 032326
2  Osborn Maledon, P.A.
   2929 N. Central Avenue, Suite 2100
3  Phoenix, AZ  85012-2793
   gsturr@omlaw.com
4  hcrawford@omlaw.com
   (602) 640-9000
5
   Michael D. Allweiss (*admitted pro hac vice*)
6  Allweiss & Allweiss
   913 31st Terrace NE
7  St. Petersburg, FL  33704
   mallweiss@aol.com
8  (727) 827-4944

9  Attorneys for Plaintiff

10               IN THE UNITED STATES DISTRICT COURT

11                    FOR THE DISTRICT OF ARIZONA

12

| | |
|---|---|
| CMS Mechanical Services, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PetSmart, Inc., a Delaware corporation,<br><br>Defendant. | No. CV-15-02040-PHX-NVW<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF RYAN MATZ** |

20       PLEASE TAKE NOTICE that Plaintiff CMS Mechanical Services, LLC, will

21  depose, upon oral examination and pursuant to Federal Rules of Civil Procedure 26 and

22  30, the person named below at the designated time and place, continuing from day to

23  day until completed:

24              **Deponent:**       **Ryan Matz**

25              **Place:**          **Osborn Maledon, P.A.**
                                    **2929 N. Central Avenue, Suite 2100**
26                                  **Phoenix, Arizona  85012**

27              **Date and Time:**  **Friday, September 30, 2016 at 9:00 a.m.**

28

The testimony given shall be recorded by stenographic and audiovisual means, pursuant to the recording protocols set forth in Rule 30(b) of the Federal Rules of Civil Procedure.

DATED this 16th day of September, 2016.

>                               OSBORN MALEDON, P.A.
>
>
>                               By: /s/ Hayleigh S. Crawford
>                                   Geoffrey M.T. Sturr
>                                   Hayleigh S. Crawford
>                                   2929 N. Central Avenue, Suite 2100
>                                   Phoenix, AZ 85012-2793
>
>                                   Michael D. Allweiss
>                                   Allweiss & Allweiss
>                                   913 31st Terrace, NE
>                                   St. Petersburg, FL 33704
>
>                               *Attorneys for Plaintiff*
>                               *CMS Mechanical Services, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Rebecca Warinner

6815806