BRYAN CAVE LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bryancave.com)
Meridyth M. Andresen (No. 021657) (mmandresen@bryancave.com)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CMS Mechanical Services, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PetSmart, Inc., a Delaware Corporation,<br><br>Defendant. | No. CV-15-02040-PHX-NVW |

**NOTICE OF VIDEOTAPED DEPOSITION OF ROBERT BULL**

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

To Counsel of Record:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30, defendant PetSmart, Inc. will take the deposition by oral examination of Robert Bull under oath before an officer authorized by law to administer oaths. The deposition will be recorded by videotape and stenographic means.

**DATE OF DEPOSITION:**     December 14, 2016

**TIME OF DEPOSITION:**     9:00 a.m.

**PLACE OF DEPOSITION:**    First Choice Reporting
6767 North Wickham Road, Suite 400
Melbourne, Florida 32940

DATED this 7th day of December, 2016.

        BRYAN CAVE LLP

        By  s/ Meridyth M. Andresen
          Lawrence G. Scarborough
          Meridyth M. Andresen
          Two North Central Avenue, Suite 2100
          Phoenix, Arizona 85004-4406

        Attorneys for Defendant

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 7th day of December, 2016.

 s/ Mary Ann Villa

808964

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2