FILED

MAR 21 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CMS MECHANICAL SERVICES, LLC, a Florida Limited Liability Company,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>PETSMART, INC., a Delaware Corporation,<br><br>    Defendant-Appellee. | Nos. 18-15797<br>      18-16068<br><br>D.C. No. 2:15-cv-02040-NVW<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 33), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator

RGA/Mediation